The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-062RAJ |
|---|---|
| Plaintiff, | STIPULATED ORDER FOR RESTITUTION |
| v. | |
| LAILONNIE LEANNE CABIAO-PAGE, | |
| Defendant. | |

On September 9, 2018, Defendant LAILONNIE LEANNE CABIAO-PAGE signed a Plea Agreement in which she agreed to pay restitution in the amount of $83,563.61 to Bank of America and Capital One Bank. Dkt. No. 29 at ¶ 14. On November 16, 2018, the Defendant entered into an agreement to participate in the District's Drug Reentry Alternative Model ("DREAM") program. Dkt. No. 34. The agreement requires that the Defendant comply with all terms of the previously signed plea agreement, including the obligation to pay restitution.

IT IS HEREBY ORDERED that beginning immediately Defendant shall make restitution payments to the aforementioned victim as directed by the U.S. Probation Office during Defendant's participation in the DREAM program. The remaining balance of the restitution obligation shall be due upon Defendant's successful completion or termination from the DREAM program. Interest on the restitution obligation is waived.

STIPULATED ORDER FOR RESTITUTION
UNITED STATES v. CABIAO-PAGE (CR18-062RAJ) -1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All payments shall be made to the United States District Court for the Western District of Washington, with the Clerk forwarding money received to Bank of America and Capital One Bank in the proportional amounts identified by the United States Attorney's Office.

DATED this 26th day of September 2019.

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

Presented by:

/s/ James D. Oesterle
JAMES D. OESTERLE
Assistant United States Attorney

Agreed as to form:

/s/ Corey Endo
COREY ENDO
Counsel for Defendant

STIPULATED ORDER FOR RESTITUTION
UNITED STATES v. CABIAO-PAGE (CR18-062RAJ) -2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970