The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LAILONNIE LEANNE CABIAO-PAGE,<br><br>Defendant. | NO. CR18-062 RAJ<br><br>**THIRD AMENDED ORDER FOR RESTITUTION** |

On November 15, 2019, this Court entered an Order terminating Defendant's participation in the Drug Reentry Alternative Model (DREAM) program, granting Defendant's request to withdraw her previously entered guilty pleas, and granting the government's request to dismiss with prejudice the criminal charges filed in this case.

On November 15, 2019, this Court also accepted the parties' Stipulation for Order Regarding Payment of Restitution and Retention of Jurisdiction for Enforcement, Dkt. No. 67, and entered an Order for Restitution, Dkt. No. 68.

On July 17, 2020, the parties filed a Third Amended Stipulation for Order Regarding Payment of Restitution and Retention of Jurisdiction for Enforcement, notifying the Court that the prior Second Amended Stipulation and this Court's subsequent Order for Restitution did not account for prior disbursements of restitution payments and failed to incorrectly identified each victim's proportionate share of the loss amount by percentage instead of using a fixed dollar amount.

THIRD AMENDED ORDER FOR RESTITUTION
*CABIAO-PAGE/*CR18-062 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court having reviewed the parties' Third Amended Stipulation for Order Regarding Payment of Restitution and Retention of Jurisdiction for Enforcement filed on July 17, 2020, hereby accepts the Third Amended Stipulation as drafted and orders:

1. The previously agreed restitution amount of $83,563.61, less any amounts paid, shall be due and payable immediately;

2. The Defendant shall continue making restitution payments through the clerk of the court in an amount of no less than $25 per month, with the minimum payment subject to revision by order of the Court depending upon the defendant's financial circumstances, until the restitution obligation is satisfied. Payments will be made to the *United States District Court, Western District of Washington,* referencing case No. CR18-062RAJ, and deliver such payments either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington  98101

3. The identified victims entitled to restitution are Fred Meyer, Quality Food Centers (QFC) and Capital One Bank. The previously agreed restitution amount of

///
///
///
///
///
///
///
///

THIRD AMENDED ORDER FOR RESTITUTION
*CABIAO-PAGE/*CR18-062 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

$83,563.61 shall be distributed by the Financial Clerk to the identified victims in the following amounts to the following addresses:

| Victim | Amount | Address |
|---|---|---|
| Fred Meyer | $42,612.65 | Fred Meyer<br>ATTN: 04002-31A Civil<br>PO Box 42121<br>Portland, OR 97242 |
| Quality Food Centers | $40,941.56 | QFC<br>10116 NE 8th Street<br>Bellevue WA 98004<br><br>*Please reference Cabiao-Page on the restitution checks |
| Capital One Bank | $9.40 | Capital One Bank<br>Specialty Investigations<br>PO Box 85582<br>Richmond, VA 23260<br><br>*Please reference Capital One Case: Law ID 100501 on restitution checks |

4. The $300 restitution payments previously paid by the Defendant and distributed to Bank of America shall be applied to reduce the outstanding balances owing to Fred Meyer and Quality Food Centers in the amounts of $153 and $147 respectively.

5. Compliance with this obligation shall be enforced as follows:

(i) Defendant shall report all restitution payments, specifying the amounts paid and providing proof of payment, in writing to United States Probation, U.S. Probation Office – Western District of Washington, 700 Stewart Street, Suite 11101, Seattle, Washington 98101, and the U.S. Attorney's Office, Attn: DREAM Executive Review Team, 700 Stewart Street, Suite 5220, Seattle, Washington 98101, on a quarterly basis, that is, within one week following expiration of each 90 day period after dismissal of criminal charges;

THIRD AMENDED ORDER FOR RESTITUTION
*CABIAO-PAGE/*CR18-062 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

    (ii)    Defendant shall report employment and wage information, specifying employer name, address and phone number, and wage/salary amount, in writing to United States Probation and the U.S. Attorney's Office, within one week after employment commences;

    (iii)    Defendant shall report change of residential address and phone numbers in writing to United States Probation and the U.S. Attorney's Office within one week of a change;

    (iv)    In the event the U.S. Attorney's Office believes Defendant has defaulted on her restitution obligation, it shall first advise her in writing and provide an opportunity to cure the default or submit a written explanation to the U.S. Attorney's Office within one week of receiving the default notice;

    (v)    If, after reviewing defendant's response, the U.S. Attorney's Office continues to believe Defendant has defaulted on her restitution obligation, it shall file with the court an *ex parte* application seeking an order to show cause why Defendant should not be held in contempt for failing to comply with the Court's order regarding restitution.

6.    This Court shall retain jurisdiction over this matter for purpose of enforcing this Order.

IT IS SO ORDERED.

DATED this 17th day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

THIRD AMENDED ORDER FOR RESTITUTION
*CABIAO-PAGE/*CR18-062 RAJ - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970